**BYRON Z. MOLDO, SBN 109652**
**PATRICK A. FRAIOLI, SBN 191824**
**DAVID BRICKER, SBN 158896**
**MOLDO DAVIDSON FRAIOLI**
**SEROR & SESTANOVICH LLP**
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel:  310\ 551-3100
Fax: 310\ 551-0238

**Attorneys for Defendant,**
**Copperwood Square, LLC**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ<br><br>                    Plaintiff,<br><br>v.<br><br>MP BIRDCAGE MARKETPLACE, LLC; LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUG STORE #093; MICHAEL'S STORES, INC. dba MICHAEL'S STORE #1614; COST PLUS, INC. dba COST PLUS WORLD MARKET #26; DOLLAR TREE STORES INC. dba DOLLAR TREE STORE #2922; COPPERWOOD SQUARE, LLC,<br><br>                    Defendants | CASE NO.: 2:08-CV-02486-MCE-KJM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT, COPPERWOOD SQUARE, LLC, TO FILE A RESPONSIVE PLEADING TO COMPLAINT, PURSUANT TO LOCAL RULE 6-144(a)** |

**WHEREAS,** the deadline for Copperwood Square, LLC, ("Defendant") to file a responsive pleading to Tony Martinez's ("Plaintiff") Complaint was on or about November December 1, 2008;

**WHEREAS,** Defendant's factual investigation is continuing;

**WHEREAS,** on or about December 8, 2008, the parties conferred pursuant to Local Rule 6-144(a) and agreed to extend the deadline for Defendant to file a responsive pleading to the Complaint to December 24, 2008;

1  **THEREFORE**, pursuant to Local Rule 6-144(a), the below mentioned parties STIPULATE
2  and agree as follows:
3      1.    That the deadline for defendant, Copperwood Square, LLC, to file a responsive
4  pleading in this matter is extended to and including December 24, 2008.
5  IT IS SO STIPULATED.

6  Dated: December 8, 2008    MOLDO DAVIDSON FRAIOLI SEROR &
7      SESTANOVICH LLP

8      _____/s/_____
9      Patrick A. Fraioli
    Attorneys for Defendant
10     Copperwood Square LLC

11
12 Dated: December 8, 2008    DISABLED ADVOCACY GROUP, APLC

13     _____/s/_____
14     Lynn Hubbard, III
    Attorneys for Plaintiff
15     Tony Martinez

16
17     APPROVED AND SO ORDERED.
18
19 DATED: December 9, 2008
20
21     MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com