SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff Tony Martinez

EDEN ANDERSON, SBN 233464
SEYFARTH SHAW
560 Mission Street, Suite 3100
San Francisco, CA 94111
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorney for Defendant Michael's Stores, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ | Case No. CIV. S-08-02486-MCE-KJM |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| MP BIRDCAGE MARKETPLACE. LLC; LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUG STORES, INC. dba MICHAEL'S STROES, INC. dba MICHAEL'S STORE #1614; COST PLUS, INC. dba COST PLUS WORLD MARKET #26; DOLLAR TREE STORES, INC. dba DOLLAR TREE STORE #2922; COPPERWOOD SQUARE, LLC, | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff TONY MARTINEZ, and defendant MICHAEL'S STORES, INC. dba MICHAEL'S STORE #1614, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant MICHAEL'S STORES, INC. *Dba MICHAEL'S STORE #1614 only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant MICHAEL'S STORES, INC.

Dated: April 1 2009          DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff Tony Martinez

Dated: April 2, 2009          SEYFARTH SHAW

*/s/ Eden Anderson*
EDEN ANDERSON
Attorney for Defendant Michael's Stores, Inc.

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-02486 MCE KJM, is hereby dismissed with prejudice **as to MICHAEL'S STORES, INC. Dba MICHAEL'S STORE #1614 Only.**

Dated: April 10, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE