SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff Tony Martinez

KARINA STERMAN, SBN 193182
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212
Telephone: (310) 273-6333
Facsimile: (310) 859-2825

Attorney for Defendant Dollar Tree Stores, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> MP BIRDCAGE MARKETPLACE. LLC; LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUG STORES, INC. dba MICHAEL'S STROES, INC. dba MICHAEL'S STORE #1614; COST PLUS, INC. dba COST PLUS WORLD MARKET #26; DOLLAR TREE STORES, INC. dba DOLLAR TREE STORE #2922; COPPERWOOD SQUARE, LLC, <br><br> Defendants. <br> _____/ | Case No. CIV. S-08-02486-MCE-KJM <br><br> **STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff TONY MARTINEZ, and defendant, COPPERWOOD SQUARE, LLC and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as, COPPERWOOD SQUARE, LLC only.** Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant, COPPERWOOD SQUARE, LLC.

Dated: April 20, 2009　　　　　　　　DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff Tony Martinez

Dated: April 15, 2009　　　　　　　　KRING & CHUNG LLP

*/s/ Karina Sterman*
KARINA STERMAN
Attorney for Defendant Copperwood Square, LLC.

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-02486 MCE KJM, is hereby dismissed with prejudice **as to COPPERWOOD SQUARE, LLC only**.

Dated: April 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE