1 | SCOTTLYNN J. HUBBARD, IV - SBN 212970
LYNN HUBBARD, III - SBN 69773
2 | DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
3 | CHICO, CA 95926
Telephone: (530) 895-3252
4 | Facsimile: (530) 894-8244

5 | Attorneys for Plaintiff, Tony Martinez

6 |

7 | KATHLEEN E. FINNERTY - SBN 157638
MARC B. KOENIGSBERG - SBN 204265
8 | GREENBERG TRAURIG LLP
1201 K Street, Suite 1100
9 | Sacramento, CA 95814
Telephone: (916) 442-1111
10 | Facsimile: (916) 448-1709

11 | Attorney for Defendant, MP Birdcage Marketplace, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | CASE NO. CIV. S-08-02486-MCE-KJM |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| v. | |
| MP BIRDCAGE MARKETPLACE. LLC; LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUG STORES, INC. dba MICHAEL'S STORES, INC. dba MICHAEL'S STORE #1614; COST PLUS, INC. dba COST PLUS WORLD MARKET #26; DOLLAR TREE STORES, INC. dba DOLLAR TREE STORE #2922; COPPERWOOD SQUARE, LLC, | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

Pursuant to a Settlement Agreement and Release between plaintiff, TONY MARTINEZ and defendant, MP BIRDCAGE MARKETPLACE, LLC, and pursuant to

PDF created with pdfFactory trial version www.pdffactory.com

Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to MP BIRDCAGE MARKETPLACE, LLC only**. Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant, MP BIRDCAGE MARKETPLACE, LLC.

Dated: May 27, 2009            DISABLED ADVOCACY GROUP, APLC

                               By: /s/ Lynn Hubbard, III (as authorized on 5/27/09)
                                    Attorney for Plaintiff, Tony Martinez

Dated: May 27, 2009            GREENBERG TRAURIG, LLP


                               By:/s/ Marc Koenigsberg (as authorized on 5/27/09)
                                    Attorney for Defendant, MP Birdcage
                                    Marketplace, LLC

## ORDER

**IT IS HEREBY ORDERED** that the complaint of plaintiff in USDC Case No. CIV.S-08-02486 MCE KJM is hereby dismissed, with prejudice, **as to MP BIRDCAGE MARKETPLACE, LLC only.**

**DATED:** June 2, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com