UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| TONY MARTINEZ,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MP BIRDCAGE MARKETPLACE, LLC, et al,<br><br>Defendants. | Case No. CIV.S-08-02486-MCE-KJM<br><br>ORDER RE: Plaintiff's *ex parte* application to continue date by which to Dismiss Defendant |

<u>ORDER ON EXTENTION FOR DISMISSAL</u>

Having read the foregoing *ex parte* application and good cause appearing therefore, the Court GRANTS the *ex parte* application and continues until July 28, 2009, the date by which Plaintiff may dismiss Defendant LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUG STORE #093.

IT IS SO ORDERED.

DATED: July 15, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

*Martinez v MP Birdcage Marketplace, LLC, et al.,*   Case No.CIV.S-08-02486-MCE-KJM
Order Re: Plaintiff's *ex parte* application to continue date by which to Dismiss Defendant