1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   E-mail: usdceast@hubslaw.com

6  Attorneys for Plaintiff Tony Martinez

8  JOHN BARBER, SBN 160317
   MELISSA T. OMANSKY, SBN: 227451
   LEWIS BRISBOIS BISGAARD & SMITH LLP
9  221 North Figueroa Street, Suite 1200
   Los Angeles, CA 90012
10 Telephone: (213) 250-1800
   Facsimile: (213) 250-7900
11 E-mail: omansky@lbbsaw.com

13 Attorney for Defendant Longs Drug Store #093

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ | Case No. 2:08-cv-02486-MCE-KJM |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| MP BIRDCAGE MARKETPLACE. LLC; LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUG STORES, INC. dba MICHAEL'S STROES, INC. dba MICHAEL'S STORE #1614; COST PLUS, INC. dba COST PLUS WORLD MARKET #26; DOLLAR TREE STORES, INC. dba DOLLAR TREE STORE #2922; COPPERWOOD SQUARE, LLC, | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff TONY MARTINEZ, and defendant, LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUG STORE #093 and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, as to, **LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUG STORE #093 only.** Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant, LONGS DRUG STORE CALIFORNIA, INC. dba LONGS DRUG STORE #093.

Dated: August 3, 2009         DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff Tony Martinez

Dated: August 3, 2009         LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Melissa T. Omansky*
JOHN L. BARBER
MELISSA T. OMANSKY
Attorneys for Defendant Longs Drug Stores California

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:08-cv-02486-MCE- KJM, is hereby dismissed with prejudice as to **LONGS DRUG STORES CALIFORNIA dba LONGS DRUG STORE #093 only.**

Dated: August 4, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE