# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT

| | |
|---|---|
| TONY MARTINEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>MP BIRDCAGE MARKETPLACE, LLC, *ET AL.*,<br><br>    Defendants. | Case No. CIV.S-08-02486-MCE-KJM<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR L.R. 230(F) CONTINUANCE** |

## ORDER ON PLAINTIFF'S REQUEST FOR L.R. 230(F) CONTINUANCE

Having read the foregoing Request for a L.R. 230(f) Continuance, and good cause appearing therefore, the Court GRANTS the Continuance. The hearing date on Defendant Dollar Tree Stores, Inc.'s motion for summary judgment is continued to May 13, 2010.

Dated: April 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE