UNITED STATES DISTRICT COURT

EASTERN DISTRICT

TONY MARTINEZ,                           ) Case No. CIV.S-08-02486-MCE-KJM
                                         )
    Plaintiff,                           )
                                         )
    vs.                                  ) **ORDER RE: PLAINTIFF'S REQUEST**
                                         ) **FOR L.R. 230(F) CONTINUANCE**
MP BIRDCAGE MARKETPLACE,                 )
LLC, *ET AL.*,                           )
                                         )
    Defendants.                          )

ORDER ON PLAINTIFF'S REQUEST FOR L.R. 230(F) CONTINUANCE

Having read the foregoing Request for a L.R. 230(f) Continuance, and good cause appearing therefore, the Court GRANTS the Continuance. The hearing date on Defendant Dollar Tree Stores, Inc.'s motion for summary judgment is continued to May 13, 2010.

Dated: April 19, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE