UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,                              No. 2:08-cv-02486-MCE-CKD

       Plaintiff,

  v.                                        MEMORANDUM AND ORDER

MP BIRDCAGE MARKETPLACE, LLC,
et al.,

       Defendants.

----oo0oo----

    On May 11, 2010, Defendant Dollar Tree Stores, Inc. ("Defendant"), filed a Request for Clarification, which this Court construes as a Motion for Reconsideration of its May 10, 2010, minute order denying Defendant's Motion for Summary Judgment without prejudice. The Court issued that minute order in reliance on Plaintiff's assertion to the Court that he intended to dismiss this action. See ECF No. 57. The Court thus ordered the parties to file dispositional documents.

///

///

1

1           From Plaintiff's subsequent filings, however, it has become
2    clear that Plaintiff has no intention of dismissing this action
3    and that, instead, he is asking this Court to declare his ADA
4    claims moot and to dismiss his state law claims.  See ECF No. 61.
5    Indeed, had Plaintiff actually intended to dismiss his action, he
6    has had more than ample time to do so.  It is thus apparent to
7    the Court now that, by his original assertions, Plaintiff simply
8    sought to avoid entry of summary judgment.
9           Accordingly, this Court now finds that Plaintiff's letter to
10   the Court (ECF No. 57), even if not so-intended at the time, was
11   unclear and misleading as to the parties' positions regarding
12   settlement.  Defendant's Request for Clarification, construed as
13   a Motion for Reconsideration (ECF No. 59), is therefore GRANTED.
14   See Turner v. Burlington Northern Santa Fe R. Co., 338 F.3d 1058,
15   1063 (9th Cir. 2003) (reconsideration justified if "1)the motion
16   is necessary to correct manifest errors of law or fact upon which
17   the judgment is based; 2) the moving party presents newly
18   discovered or previously unavailable evidence; 3) the motion is
19   necessary to prevent manifest injustice; or 4) there is an
20   intervening change in controlling law") (internal citations,
21   quotations and emphasis omitted).
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

Defendant's Motion for Summary Judgment, to which Plaintiff specifically filed a Statement of Non-Opposition (ECF No. 56), is also GRANTED based on that non-opposition.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE