1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11   TONY MARTINEZ,                    No. 2:08-cv-02486-MCE-CKD

12           Plaintiff,

13      v.                             <u>MEMORANDUM AND ORDER</u>

14   MP BIRDCAGE MARKETPLACE, LLC,
     et al.,
15
             Defendants.
16

17                        ----oo0oo----

18

19        On May 11, 2010, Defendant Dollar Tree Stores, Inc.

20   ("Defendant"), filed a Request for Clarification, which this

21   Court construes as a Motion for Reconsideration of its May 10,

22   2010, minute order denying Defendant's Motion for Summary

23   Judgment without prejudice.  The Court issued that minute order

24   in reliance on Plaintiff's assertion to the Court that he

25   intended to dismiss this action.  <u>See</u> ECF No. 57.  The Court thus

26   ordered the parties to file dispositional documents.

27   ///

28   ///

1

1    From Plaintiff's subsequent filings, however, it has become

2  clear that Plaintiff has no intention of dismissing this action

3  and that, instead, he is asking this Court to declare his ADA

4  claims moot and to dismiss his state law claims.  See ECF No. 61.

5  Indeed, had Plaintiff actually intended to dismiss his action, he

6  has had more than ample time to do so.  It is thus apparent to

7  the Court now that, by his original assertions, Plaintiff simply

8  sought to avoid entry of summary judgment.

9    Accordingly, this Court now finds that Plaintiff's letter to

10  the Court (ECF No. 57), even if not so-intended at the time, was

11  unclear and misleading as to the parties' positions regarding

12  settlement.  Defendant's Request for Clarification, construed as

13  a Motion for Reconsideration (ECF No. 59), is therefore GRANTED.

14  See Turner v. Burlington Northern Santa Fe R. Co., 338 F.3d 1058,

15  1063 (9th Cir. 2003) (reconsideration justified if "1)the motion

16  is necessary to correct manifest errors of law or fact upon which

17  the judgment is based; 2) the moving party presents newly

18  discovered or previously unavailable evidence; 3) the motion is

19  necessary to prevent manifest injustice; or 4) there is an

20  intervening change in controlling law") (internal citations,

21  quotations and emphasis omitted).

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

Defendant's Motion for Summary Judgment, to which Plaintiff specifically filed a Statement of Non-Opposition (ECF No. 56), is also GRANTED based on that non-opposition.  The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: January 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE